# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| JEFFREY LAMAR JONES ) | Case No: 3:97cr225-ID-1 |
| ) | USM No: 10090-002 |
| Date of Previous Judgment: 7/31/1998 ) | N/A |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ **DENIED.**  X **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   292   months **is reduced to**   235   .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 40 | Amended Offense Level: | 38 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 292 to 365 months | Amended Guideline Range: | 235 to 293 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
X  Other (explain):   The amended sentence consist of 292 months on each of Counts 1,2,3,4,5, and 6 to be served concurrently.

## III. ADDITIONAL COMMENTS

**The Court has considered the factors set for in 18 U.S.C. 3553(a) in making its reduction determination pursuant to 18 U.S.C. § 3582(c)(2)/Amendment 706.**

Except as provided above, all provisions of the judgment dated   7/31/1998   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   8/19/2009

_____
Judge's signature

IRA DEMENT
SENIOR U.S. DISTRICT JUDGE

Effective Date:   9/2/2009
(if different from order date)

Printed name and title